IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| COREY R. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv566-MHT |
| | ) | (WO) |
| MATTHEW COOKE and ALABAMA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he was sexually harassed by defendant Matthew Cooke, a correctional officer.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant Alabama Department of Corrections be dismissed, as the Eleventh Amendment makes it immune from suit.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of November, 2015.

                             _ /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**