IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

COREY R. SANDERS,              )
                               )
      Plaintiff,               )
                               )      CIVIL ACTION NO.
      v.                       )      2:15cv566-MHT
                               )          (WO)
MATTHEW COOKE and ALABAMA      )
DEPARTMENT OF CORRECTIONS,     )
                               )
      Defendants.              )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 17) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(3) All claims against defendant Alabama Department of Corrections are dismissed, and it is terminated as a party to this case.

(4) The case is referred back to the magistrate judge for further appropriate proceedings with respect to the claims against the remaining defendant.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 24th day of November, 2015.

_ /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE